IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

DERRICK E. LAND,                          :

    Plaintiff,                             :

vs.                                       :      Civil Action No. 1:17-CV-00501-C

PENNYMAC LOAN SERVICES, LLC, :

    Defendant.                            :

## ORDER

This matter is before the undersigned on the parties' Joint Stipulation of Dismissal with Prejudice ("stipulation"), pursuant to Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, (hereinafter, "FRCP" followed by the Rule number), which was filed on September 7, 2018.  (Doc. 16).  In the parties' stipulation, they state this matter may be dismissed with prejudice, pursuant to FRCP 41(a)(1)(A)(ii), and it is signed by counsel for Plaintiff Derrick E. Land, Kenneth J. Reimer, Esquire; and Defendant Pennymac Loan Services, LLC, Graham W. Gerhardt, Esquire. (Doc. 16).  In accordance with the stipulation, Plaintiff's claims against Defendant are hereby **DISMISSED WITH PREJUDICE**, each party to bear their own costs.

**DONE** and **ORDERED** this the 11th day of September 2018.

                        s/WILLIAM E. CASSADY
                        **UNITED STATES MAGISTRATE JUDGE**